D 5980

WITHDRAWN AND

NOT RE-ISSUED